IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:12-00220

DAVID C. HUGHART

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

    Comes now the United States of America, by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                      Respectfully submitted,

                                      R. BOOTH GOODWIN II
                                      United States Attorney


By:
                                      s/Steven R. Ruby
                                    STEVEN R. RUBY
                                    Assistant United States Attorney
                                    WV State Bar No. 10752
                                    300 Virginia Street, East
                                    Room 4000
                                    Charleston, WV  25301
                                    Telephone:  304-345-2200
                                    Fax:  304-347-5104
                                    E-mail: steven.ruby@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 4th day of December, 2012 to:

```
                    Tim C. Carrico
                    Carrico Law Offices
                    1412 Kanawha Boulevard East
                    Charleston, WV  25301



                              s/Steven R. Ruby
                              STEVEN R. RUBY
                              Assistant United States Attorney
                              WV State Bar No. 10752
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV  25301
                              Telephone:  304-345-2200
                              Fax:  304-347-5104
                              E-mail: steven.ruby@usdoj.gov
```